

# 2023 Annual Drug Report

JANUARY 2024

Statewide Drug Enforcement Unit (SDEU)

Alaska Department of Public Safety (DPS)

Case 4:23-cr-00003-SLG-KFR     Document 130-1     Filed 10/08/24     Page 1 of 17

# AS 18.65.085 Narcotic Drugs and Alcohol Enforcement

(b) The commissioner of public safety shall prepare a report concerning the activities of the narcotic drugs and alcohol enforcement unit. The commissioner shall notify the legislature on the first day of each regular session that the report is available. The report must include, but is not limited to, the number of arrests made, the kind, amount, and value of narcotic drugs and alcoholic beverages seized, the sentences received by narcotic drug and alcohol offenders, and an overall view of the narcotic drug and illicit alcohol problem in the state.

## Report includes:

- Overall view of the narcotic drug and illicit alcohol problem in the state
- Number of arrests made
- Kind, amount, and value of narcotic drugs and alcoholic beverages seized
- Drug and alcohol prices
- Sentences received by narcotic drug and alcohol offenders

# Overall View of the Narcotic Drug and Illicit Alcohol Problem in the State Sentences Received by Narcotic Drug and Alcohol Offenders

International drug trafficking organizations (DTOs) continue to gravitate towards Alaska's lucrative drug market. DTOs look to exploit Alaska's:

- Hub locations to access remote areas
- High demand
- Limited law enforcement resources in remote areas

Unorganized individuals continue to import illegal alcoholic beverages into one of the 96 local option communities in Alaska that either ban the sale of alcohol, sale by specific type of license only, sale by municipality operated license only, ban sale and importation, or ban the sale, importation, and possession of alcohol.[1]

Methamphetamine, opioids, synthetic opioids (e.g., fentanyl), and cocaine pose the greatest drug threats in Alaska. The high rate of return for drug and alcohol traffickers greatly incentivizes supply into and throughout Alaska. Illegal drugs are predominantly imported and then distributed throughout the state. Alaska is not known to produce illegal drugs. Illegal alcohol, however, is purchased in the hub cities or other legal locations and then distributed to local option communities.

In 2022, the Drug Enforcement Agency (DEA) issued a Public Service Alert notifying the public that they found that six out of ten fentanyl-laced fake prescription pills analyzed contained a potentially lethal dose of fentanyl. This is an increase from four out of ten in 2021[2]. The DEA also declared fentanyl to be the deadliest drug threat facing the country[3]. SDEU cautions comparing 2022 to 2021 kilogram and DU

---

[1] Department of Commerce, Community, and Economic Development. Alcohol & Marijuana Control Office. *DCRA Data Portal.* Accessed January 11, 2024.

1) Drug Enforcement Agency. *PUBLIC SAFETY ALERT: DEA Laboratory Testing Reveals that 6 out of 10 Fentanyl-Laced Fake Prescription Pills Now Contain a Potentially Lethal Dose of Fentanyl*. Accessed January 10, 2023. https://www.dea.gov/alert/dea-laboratory-testing-reveals-6-out-10-fentanyl-laced-fake-prescription-pills-now-contain

2) Drug Enforcement Agency. *Press Release: Drug Enforcement Administration Announces the Seizure of Over 379 million*

seizures for fentanyl since fentanyl was reported in both forms. Moving forward, SDEU will only report fentanyl seizures in kilograms.

SDEU remains steadfast in its commitment to the Alaska High Intensity Drug Trafficking Areas (HIDTA) program and its focus on better coordination, cooperation, efficiency, and effectiveness. Following the state's judicial district boundaries, the SDEU teams align with the Alaska HIDTA enforcement initiatives. The Alaska HIDTA program was designated on May 1, 2018, and the Alaska HIDTA executive board authorized funding and the creation of initiatives on October 1, 2018.

## Number of Arrests Made

Seizure amounts determine if a charge will be tried in state or federal court. The cases that meet federal thresholds (Appendix C) are forwarded to the US Attorney's Office for prosecution. Defendants convicted in federal court typically receive longer sentences than when prosecuted in state court. The number of cases that are tried in federal court are not tracked; thus, the total number of charges, incidents, and individuals arrested by SDEU are not fully represented.

- 172 unique drug and alcohol arrests[4]

---

*Deadly Doses of Fentanyl in 2022* (December 20, 2022). Accessed January 10, 2023. https://www.dea.gov/press-releases/2022/12/20/drug-enforcement-administration-announces-seizure-over-379-million-deadly#:~:text=DEA%20laboratory%20testing%20in%202022,contain%20a%20potentially%20deadly%20dose.

[4] Data provided by Alaska Public Safety Information Network (APSIN) as of January 12, 2024. Arrest data is not solely SDEU data, as APSIN is not able to break the data up by units within the Department of Public Safety (DPS). These data represent all alcohol and drug-related arrests for all units within DPS. Arrest data is based on information submitted to the repository, either by the arresting agency directly entering the data into APSIN or when an arrest fingerprint card is received by the criminal records staff. A unique arrest represents an Arrest Tracking Number (ATN); thus, one ATN represents an arrest for one person, but the ATN may have any number of charges listed on it.

# Kind, Amount, and Value of Narcotic Drugs and Alcoholic Beverages Seized[5]





---

[5] Source: Alaska High Intensity Drug Trafficking Areas (HIDTA) monthly reports

# 2023 Annual Drug Report

Drug seizures are reported in Dosage Unit (D.U.) and/or kilograms. D.U. is the number of pills or tablets seized and is not representative of a user's dosage amount. Seizures reported in grams or ounces were converted into kilograms. During 2023, fentanyl seizures shifted from reporting in D.U. to kilograms.

| Drug Seizures | | |
|---|---|---|
| **Drug Type** | **D.U.** | **Kilograms** |
| Acetyl Fentanyl | | 0.057 |
| Alprazolam | 122 | 0.139 |
| Amphetamine | | 0.003 |
| Benzodiazepine | 4 | 0.007 |
| Buprenorphine | 514 | 0.466 |
| Cocaine | | 32.118 |
| Codeine | 4 | 1.086 |
| Crack | | 0.018 |
| Fentanyl | 549.48 | 83.257 |
| Gabapentin | 35 | |
| Heroin | | 9.461 |
| Hydrocodone | 4 | 0.023 |
| LSD | 606 | 0.011 |
| Lyrica | 2 | |
| Marijuana | | 84.515 |
| Marijuana BC Bud | | 0.728 |
| Marijuana Edibles | 54 | 11.701 |
| MDMA | | 0.032 |
| Methamphetmaine | 4 | 78.569 |
| Morphine | 23 | <0.001 |
| Oxycodone | 4 | 0.007 |
| Psilocybin | 2 | 4.178 |
| Synthetic Marijuana | | 0.224 |
| Testosterone | | 0.007 |
| THC Liquid | 999 | 4.062 |
| THC Resin | | 14.772 |
| **Total** | **2,926.48** | **327.074** |

# 2023 Annual Drug Report

| Alcohol Type | Bottles | Liters |
|---|---|---|
| Distilled Spirits | 1,971.75 | 1,727.29 |
| Homebrew | 6 | 25.33 |
| Malted Beverage | 443 | 17,132.45 |
| Wine | 7 | 5.89 |
| **Total** | **2,427.75** | **18,890.96** |



Alcohol Seizures in Liters: 2019 - 2023

# Drug and Alcohol Prices[6]

The disparity between prices in the contiguous United States and Alaska presents an incentive for drug trafficking organizations to import and distribute drugs into and throughout the state. Moreover, there is a strong correlation between distance from a regional hub and price – the farther a drug or alcohol is trafficked from a regional hub the greater the retail price.

| Community | Type | Price | Quantity | Measurement |
|---|---|---|---|---|
| Sterling | Fentanyl | $20.00 | 1 | Dosage Units (D.U.) |
| Ketchikan | Fentanyl | $50.00 | 4 | Dosage Units (D.U.) |
| Kenai | Methamphetamine | $100.00 | 3.5 | Grams (g) |
| Anchorage | Fentanyl | $1,950.00 | 31 | Grams (g) |
| Anchorage | Fentanyl | $1,000.00 | 7.8 | Grams (g) |
| Anchorage | Methamphetamine | $1,450.00 | 26 | Grams (g) |
| Fairbanks | Fentanyl | $600.00 | 3 | Grams (g) |
| Juneau | Fentanyl | $800.00 | 8 | Grams (g) |
| Fairbanks | Fentanyl | $5,000.00 | 111 | Grams (g) |
| Fairbanks | Fentanyl | $3,500.00 | 50 | Grams (g) |
| Fairbanks | Methamphetamine | $700.00 | 2 | Ounces (oz) |
| Fairbanks | Fentanyl | $4,000.00 | 50 | Grams (g) |
| Fairbanks | Fentanyl | $400.00 | 14 | Grams (g) |
| King Cove | Fentanyl | $250.00 | 0.1 | Grams (g) |
| Kodiak | Fentanyl | $250.00 | 0.5 | Grams (g) |
| Kodiak | Fentanyl | $150.00 | 0.3 | Grams (g) |
| Kasilof | Fentanyl | $10.00 | 1 | Grams (g) |
| Kodiak | Fentanyl | $300.00 | 0.7 | Grams (g) |

---

[6] Source: Alaska HIDTA monthly reports

| Location | Drug | Price | Quantity | Unit |
|---|---|---|---|---|
| Sitka | Fentanyl | $50.00 | 1 | Dosage Units (D.U.) |
| Sitka | Methamphetamine | $500.00 | 3.7 | Grams (g) |
| Sitka | Methamphetamine | $200.00 | 1.5 | Grams (g) |
| PALD | Methamphetamine | $200.00 | 12 | Grams (g) |
| Sitka | Amphetamine | $25.00 | 0.7 | Grams (g) |
| Fairbanks | Fentanyl | $200.00 | 5 | Grams (g) |
| Fairbanks | Cocaine | $350.00 | 3.5 | Grams (g) |
| Sand Point | Methamphetamine | $1,000.00 | 1 | Grams (g) |
| Sand Point | Fentanyl | $100.00 | 1 | Dosage Units (D.U.) |
| Kenai | Fentanyl | $100.00 | 8 | Grams (g) |
| Fairbanks | Psilocybin | $100.00 | 12 | Grams (g) |
| Kenai | Methamphetamine | $160.00 | 4.7 | Grams (g) |
| Fairbanks | Fentanyl | $500.00 | 1 | Grams (g) |
| Fairbanks | Methamphetamine | $10.00 | 1 | Grams (g) |
| Fairbanks | Cocaine | $100.00 | 1 | Grams (g) |
| Kenai | Heroin | $900.00 | 14 | Grams (g) |
| Barrow | Methamphetamine | $100.00 | 0.1 | Grams (g) |
| Dillingham | Fentanyl | $80.00 | 1 | Dosage Units (D.U.) |
| Kenai | Heroin | $900.00 | 14 | Grams (g) |
| Fairbanks | Fentanyl | $20.00 | 0.05 | Grams (g) |
| Fairbanks | Fentanyl | $80.00 | 0.01 | Dosage Units (D.U.) |
| Fairbanks | Fentanyl | $350.00 | 1 | Grams (g) |
| Fairbanks | Methamphetamine | $500.00 | 1 | Ounces (oz) |
| Fairbanks | Cocaine | $100.00 | 1 | Grams (g) |
| Kenai | Fentanyl | $150.00 | 10 | Grams (g) |
| Wasilla | Fentanyl | $160.00 | 0.3 | Grams (g) |

# Sentences Received by Narcotic Drug and Alcohol Offenders[7]

In 2023, of the 103 alcohol-related offenses, there were 69 guilty, 31 dismissed, and 3 nolo contender dispositions. Of the 340 drug-related offenses, there were 186 guilty, 138 dismissed, 15 suspended imposition of sentence, and 1 acquitted dispositions.



---

[7] Data provided by Alaska Public Safety Information Network (APSIN) as of January 12, 2024. Arrest data is not solely SDEU data, as APSIN is not able to break the data up by units within the Department of Public Safety (DPS). These data represent all alcohol and drug-related arrests for all units within DPS.

# 2023 Annual Drug Report

The following charts depict 2023 offense dispositions, offense sentences in fine amounts, and sentencing by average number of days and years for all alcohol and drug-related offenses within DPS. A charge may be initially presented in state court and later adopted in federal court; these dispositions would show as a dismissal. The following charts only represent state court sentences and dispositions.

| Category | Average Number of Days | Average Number of Years | Fine Amount |
|---|---|---|---|
| **Alcohol** | **30.47** | **1.6** | **$40,950** |
| FINE | | | $34,950 |
| GUILTY | | | $34,950 |
| FINE SUSP | | | $3,000 |
| GUILTY | | | $3,000 |
| JAIL | 27.8 | | |
| GUILTY | 27.68 | | |
| NOLO CONTENDRE | 30 | | |
| JAIL SUSP | 35.8 | | |
| GUILTY | 36.44 | | |
| NOLO CONTENDRE | 30 | | |
| PROBATION | | 1.6 | |
| GUILTY | | 1.56 | |
| NOLO CONTENDRE | | 2 | |
| RESTITUTIO | | | $3,000 |
| GUILTY | | | $3,000 |

# 2023 Annual Drug Report

| Category | Average Number of Days | Average Number of Years |
|---|---|---|
| Drugs | **157.89** | **2.24** |
| JAIL | **161.32** | **2.14** |
| GUILTY | 161.32 | 2.23 |
| SUSP IMPOS SENTENCE | | 1 |
| JAIL SUSP | **162.56** | **1.57** |
| GUILTY | 162.56 | 1.57 |
| LIC RST/SU | **82.5** | |
| GUILTY | 82.5 | |
| PROBATION | **180** | **2.37** |
| GUILTY | 180 | 2.43 |
| SUSP IMPOS SENTENCE | | 1.8 |

| | Average Number of Days | Average Number of Years | Fine Amount |
|---|---|---|---|
| **Combined Totals** | 121.49 | 2.16 | $40,950 |

# Appendix A

**AS 18.65.085 Narcotic Drugs and Alcohol Enforcement**

- (a) There is established in the Department of Public Safety, Division of Alaska State Troopers, a narcotic drugs and alcohol enforcement unit for the purpose of investigating and combating the illicit sale and distribution of narcotic drugs and alcoholic beverages in the state. Enforcement of the alcoholic beverage control laws shall focus primarily on the investigation, apprehension, and conviction of persons who violate AS 04.11.010 by selling, importing, or possessing alcoholic beverages in violation of a local option adopted by a municipality or established village under AS 04.11.491.

- (b) The commissioner of public safety shall prepare a report concerning the activities of the narcotic drugs and alcohol enforcement unit. The commissioner shall notify the legislature on the first day of each regular session that the report is available. The report must include, but is not limited to, the number of arrests made, the kind, amount, and value of narcotic drugs and alcoholic beverages seized, the sentences received by narcotic drug and alcohol offenders, and an overall view of the narcotic drug and illicit alcohol problem in the state.

- (c) The Department of Public Safety may establish and administer a reward program, and provide grants to municipalities, established villages, and, at the request of a municipality or established village, to a nonprofit association that administers a village public safety officer program, for reward programs leading to the apprehension and conviction of persons who violate AS 04.11.010by selling, importing, or possessing alcoholic beverages in violation of a local option adopted by a municipality or established village under AS 04.11.491.

# Appendix B

**SDEU Teams**

- **Fairbanks Areawide Narcotics Team (FANT)** focuses on drug interdictions and investigations in the Interior Region, Utqiaġvik, and east to Canada. FANT is comprised of Alaska State Troopers (AST), Fairbanks Police Department, Fairbanks Airport Police Department, North Slope Borough Police Department, North Pole Police Department, Federal Bureau of Investigations (FBI), and DEA. FANT works closely with the United States Marshals Service (USMS); Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE); and local, state, and military agencies within the region.

- **Southcentral Areawide Narcotics Team (SCAN)** focuses on drug interdictions and investigations throughout the Southcentral Region, to include the Mat-Su Valley, Anchorage, Kenia Peninsula, and Kodiak Island. SCAN is comprised of AST, Kenai Police Department, Anchorage Police Department, North Slope Borough Police Department, Sand Point Police Department, Anchorage Airport Police and Fire Department, and works closely with the United States Postal Inspection Service (USPIS), Department of Homeland Security Investigations, United States Coast Guard Investigative Service (CGIS), DEA, Internal Revenue Service, and BATFE. SCAN also provides investigative support to Valdez and Cordova police departments.

- **Southeast Alaska Cities Against Drugs (SEACAD)** focuses on drug interdictions and investigations in Southeast Alaska. SEACAD is comprised of AST, Juneau Policed Department, Petersburg Police Department, Ketchikan Police Department, DEA, FBI, USPIS, and CGIS. SEACAD also provides investigative support to Wrangell, Craig, Klawock, Yakutat, Hoonah, Sitka, Haines, and Skagway police departments. SEACAD is comprised of local, state, and federal law enforcement agencies and works closely with law enforcement agencies in the lower 48 and Canada.

- **Western Alaska Alcohol and Narcotics Team (WAANT)** focuses predominately on alcohol enforcement in Western Alaska, as well as drug interdictions and investigations. WAANT is comprised of AST and the Bethel Police Department and works closely with USPIS and other federal partners.

# Appendix C

**FEDERAL TRAFFICKING PENALTIES—MARIJUANA**

| DRUG | QUANTITY | 1st OFFENSE | 2nd OFFENSE * |
|---|---|---|---|
| Marijuana (Schedule I) | 1,000 kg or more marijuana mixture; or 1,000 or more marijuana plants | Not less than 10 yrs. or more than life. If death or serious bodily injury, not less than 20 yrs., or more than life. Fine not more than $10 million if an individual, $50 million if other than an individual. | Not less than 20 yrs. or more than life. If death or serious bodily injury, life imprisonment. Fine not more than $20 million if an individual, $75 million if other than an individual. |
| Marijuana (Schedule I) | 100 kg to 999 kg marijuana mixture; or 100 to 999 marijuana plants | Not less than 5 yrs. or more than 40 yrs. If death or serious bodily injury, not less than 20 yrs. or more than life. Fine not more than $5 million if an individual, $25 million if other than an individual. | Not less than 10 yrs. or more than life. If death or serious bodily injury, life imprisonment. Fine not more than $20 million if an individual, $75million if other than an individual. |
| Marijuana (Schedule I) | More than 10 kgs hashish; 50 to 99 kg marijuana mixture<br><br>More than 1 kg of hashish oil; 50 to 99 marijuana plants | Not more than 20 yrs. If death or serious bodily injury, not less than 20 yrs. or more than life. Fine $1 million if an individual, $5 million if other than an individual. | Not more than 30 yrs. If death or serious bodily injury, life imprisonment. Fine $2 million if an individual, $10 million if other than an individual. |
| Marijuana (Schedule I) | Less than 50 kilograms marijuana (but does not include 50 or more marijuana plants regardless of weight)<br><br>1 to 49 marijuana plants; | Not more than 5 yrs. Fine not more than $250,000, $1 million if other than an individual. | Not more than 10 yrs. Fine $500,000 if an individual, $2 million if other than individual. |
| Hashish (Schedule I) | 10 kg or less | | |
| Hashish Oil (Schedule I) | 1 kg or less | | |

*The minimum sentence for a violation after two or more prior convictions for a felony drug offense have become final is a mandatory term of life imprisonment without release and a fine up to $20 million if an individual and $75 million if other than an individual.

## FEDERAL TRAFFICKING PENALTIES[8]

| DRUG/SCHEDULE | QUANTITY | PENALTIES | QUANTITY | PENALTIES |
|---|---|---|---|---|
| Cocaine (Schedule II) | 500–4999 grams mixture | **First Offense:** Not less than 5 yrs, and not more than 40 yrs. If death or serious injury, not less than 20 or more than life. Fine of not more than $5 million if an individual, $25 million if not an individual.<br>**Second Offense:** Not less than 10 yrs., and not more than life. If death or serious injury, life imprisonment. Fine of not more than $8 million if an individual, $50 million if not an individual. | 5 kgs or more mixture | **First Offense:** Not less than 10 yrs, and not more than life. If death or serious injury, not less than 20 or more than life. Fine of not more than $10 million if an individual, $50 million if not an individual.<br>**Second Offense:** Not less than 20 yrs, and not more than life. If death or serious injury, life imprisonment. Fine of not more than $20 million if an individual, $75 million if not an individual.<br>**2 or More Prior Offenses:** Life imprisonment. Fine of not more than $20 million if an individual, $75 million if not an individual. |
| Cocaine Base (Schedule II) | 28–279 grams mixture | | 280 grams or more mixture | |
| Fentanyl (Schedule II) | 40–399 grams mixture | | 400 grams or more mixture | |
| Fentanyl Analogue (Schedule I) | 10–99 grams mixture | | 100 grams or more mixture | |
| Heroin (Schedule I) | 100–999 grams mixture | | 1 kg or more mixture | |
| LSD (Schedule I) | 1–9 grams mixture | | 10 grams or more mixture | |
| Methamphetamine (Schedule II) | 5–49 grams pure or 50–499 grams mixture | | 50 grams or more pure or 500 grams or more mixture | |
| PCP (Schedule II) | 10–99 grams pure or 100–999 grams mixture | | 100 gm or more pure or 1 kg or more mixture | |

| | | PENALTIES | | |
|---|---|---|---|---|
| Other Schedule I & II drugs (and any drug product containing Gamma Hydroxybutyric Acid) | Any amount | **First Offense:** Not more than 20 yrs. If death or serious injury, not less than 20 yrs., or more than life. Fine $1 million if an individual, $5 million if not an individual.<br>**Second Offense:** Not more than 30 yrs. If death or serious bodily injury, life imprisonment. Fine $2 million if an individual, $10 million if not an individual. | | |
| Flunitrazepam (Schedule IV) | 1 gram | | | |
| Other Schedule III drugs | Any amount | **First Offense:** Not more than 10 years. If death or serious injury, not more that 15 yrs. Fine not more than $500,000 if an individual, $2.5 million if not an individual. **Second Offense:** Not more than 20 yrs. If death or serious injury, not more than 30 yrs. Fine not more than $1 million if an individual, $5 million if not an individual. | | |
| All other Schedule IV drugs | Any amount | **First Offense:** Not more than 5 yrs. Fine not more than $250,000 if an individual, $1 million if not an individual.<br>**Second Offense:** Not more than 10 yrs. Fine not more than $500,000 if an individual, $2 million if other than an individual. | | |
| Flunitrazepam (Schedule IV) | Other than 1 gram or more | | | |
| All Schedule V drugs | Any amount | **First Offense:** Not more than 1 yr. Fine not more than $100,000 if an individual, $250,000 if not an individual.<br>**Second Offense:** Not more than 4 yrs. Fine not more than $200,000 if an individual, $500,000 if not an individual. | | |

---

[8] U.S. Department of Justice Drug Enforcement Administration. (2017). *Drugs of Abuse* [PDF]. Accessed January 21, 2020.

# Appendix D

**Alaska Local Alcohol Option Restrictions Map**[9]



*The grey dots represent communities that do not have a local alcohol option restriction.*

---

[9] Department of Commerce, Community, and Economic Development. Alcohol & Marijuana Control Office. *DCRA Data Portal.* Accessed January 11, 2024.